IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40916
Conference Calendar
_____

ROBERT LEE WASHINGTON,

                                        Plaintiff-Appellant,

versus

W. BOOTHE, Warden; DOUGLAS DRETKE; COLLIER, Sergeant;
TREVINO, Sergeant; FREDERICK, Correctional Officer II;
LANGFORD, FSM II; ROSA GOMEZ, Nurse,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-99-CV-203
--------------------
February 14, 2001

Before SMITH, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Robert Lee Washington (Washington), Texas state prisoner
#564073, appeals the district court's granting of defendants'
summary judgment motion in his *pro se* civil rights action under
42 U.S.C. § 1983.   We review a grant of summary judgment de
novo.  Thomas v. LTV Corp., 39 F.3d 611, 615 (5th Cir. 1994);
Fraire v. Arlington, 957 F.2d 1268, 1273 (5th Cir. 1992).

     Because Washington does not address the district court's
reasons for dismissing his civil action, he has abandoned the

_____

     [*]  Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5ᵀᴴ Cɪʀ. R. 47.5.4.

only issues before this court.  See <u>Brinkmann v. Dallas County Deputy Sheriff Abner</u>, 813 F.2d 744, 748 (5th Cir. 1987). Washington's appeal is without arguable merit and is thus frivolous.  See <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983).  Because the appeal is frivolous, it is DISMISSED.  5TH CIR. R. 42.2.

The dismissal of this appeal as frivolous counts as one "strike" for purposes of 28 U.S.C. § 1915(g).  We caution Washington that once he accumulates three strikes, he may not proceed *in forma pauperis* in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury.

DISMISSED AS FRIVOLOUS; WARNING ISSUED.